Opinion issued February 23, 2012.

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


 

 

 

 

In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-11-00852-CV

———————————

ANA MARIE
POOL, Appellant

V.

CHRISTOPHER SCOTT POOL, Appellee



 



 

On Appeal from the County Court at Law 

Austin County, Texas



Trial Court Cause No. 10L5158

 



MEMORANDUM OPINION

Appellant has filed a motion to dismiss the
appeal.  No opinion has issued.  Accordingly, we grant the motion and dismiss
the appeal.  See Tex. R. App. P. 42.1(a)(1).

We dismiss all other pending motions as moot.  We direct the Clerk to issue the mandate
within 10 days of the date of this opinion. 
See Tex. R. App. P. 18.1.

PER CURIAM

Panel
consists of Justices Keyes, Bland, and Sharp.